**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Samuel Espino Grullon                    CHAPTER 13
                 Debtor(s)

                                                BKY. NO. 25-14910 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                                Respectfully submitted,

                                                /s/ Matthew Fissel
                                                Matthew Fissel
                                                10 Dec 2025, 13:15:59, EST

                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322

Document ID: e345620505c5ded51f678487df480a5c7d73142f5824faa64bf3faea53f0a4d0