**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Samuel Espino Grullon                              CHAPTER 13
                     Debtor(s)

                                                          BKY. NO. 25-14910 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                               Respectfully submitted,

                                           /s/ *Matthew Fissel*
                                           Matthew Fissel
                                           10 Dec 2025, 13:15:59, EST

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322