# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  SAMUEL ESPINO GRULLON | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | NO. 25-14910 |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **December 30, 2025** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

**Date: December 19, 2025**

_____
J.