## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   SAMUEL ESPINO GRULLON   :   CHAPTER 13
                                :
     Debtor(s)                   :   BANKRUPTCY NO. 25-14910

## CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify, pursuant to the penalty of perjury, that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of the original Plan by regular mail to the addresses indicated on the attached Matrix:

/s/Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: December 30, 2025

Trustee Kenneth West

U.S. Trustee

Debtor

All Creditors on Matrix

Atlas Credit Card
Attn: Bankruptcy Department
300 Coventry Road
Kensington, CA 94707


Atlas Credit Card
300 Coventry Road
Kensington, CA 94707


Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd 4th Floor
Sherman Oaks, CA 91411


Caine & Weiner
Po Box 55848
Sherman Oaks, CA 91413


Chime
Attn: Bankruptcy
101 California Street, Suite 500
San Francisco, CA 94111


Chime
101 California Street
San Francisco, CA 94111


Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790046
St Louis, MO 63179


Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377


Jefferson Capital Systems, Llc
200 14th Avenue East
Sartell, MN 56377


LVNV Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602


LVNV Funding LLC/Resurgent Capital Servi
C/o Resurgent Capital Services
Greenville, SC 29602


Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193


Midland Credit Mgmt
350 Camino De La Reina
San Diego, CA 92108


Pennsylvania Housing Finance Agency
Attn: Bankruptcy
Po Box 8029
Harrisburg, PA 17105


Pennsylvania Housing Finance Agency
211 N Front St
Harrisburg, PA 17105

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk, VA 23502


Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304


Verizon
Verizon
Dallas, TX 75265


Wells Fargo Bank NA
Attn: Bankruptcy
P.O.Box 393
Minneapolis, MN 55480


Wells Fargo Bank NA
Po Box 393
Minneapolis, MN 55480


Young, Marr & Associates, LLC
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020