INDUSTRIAL PERFORMANCE
1036 WEST FRONTON ST
BROWNSVILLE TX 78520

Samuel Espino
4600 Penhurst St.
Philadelphia, PA 19124

| Employee Pay Stub | | Check number: 20729 | | Pay Period: 09/29/2025 - 10/05/2025 | Pay Date: 10/10/2025 |
|---|---|---|---|---|---|

| Employee | | | | SSN |
|---|---|---|---|---|
| Samuel Espino, 4600 Penhurst St., Philadelphia, PA 19124 | | | | ***-**-9326 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 20.00 | 800.00 | 29,430.00 |
| Overtime Wages | 16:00 | 30.00 | 480.00 | 9,930.00 |
| | 56:00 | | 1,280.00 | 39,360.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -120.00 | -3,337.00 |
| Social Security Employee | | | -79.36 | -2,440.32 |
| Medicare Employee | | | -18.56 | -570.72 |
| PA - Withholding | | | -39.30 | -1,208.39 |
| PA - Unemployment Employee | | | -0.89 | -27.55 |
| | | | -258.11 | -7,583.98 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Perdiem | | | 875.00 | 29,000.00 |
| Union Dues | | | | -270.00 |
| | | | 875.00 | 28,730.00 |

| Net Pay | | | 1,896.89 | 60,506.02 |
|---|---|---|---|---|

Powered by Intuit Payroll

INDUSTRIAL PERFORMANCE
1036 WEST FRONTON ST
BROWNSVILLE TX 78520

Samuel Espino
4600 Penhurst St.
Philadelphia, PA 19124

| Employee Pay Stub | | Check number: 20912 | | Pay Period: 10/06/2025 - 10/12/2025 | Pay Date: 10/17/2025 |

**Employee**

Samuel Espino, 4600 Penhurst St., Philadelphia, PA 19124

**SSN**

***-**-9326

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 20.00 | 800.00 | 30,230.00 |
| Overtime Wages | 16:00 | 30.00 | 480.00 | 10,410.00 |
|  | 56:00 | | 1,280.00 | 40,640.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -120.00 | -3,457.00 |
| Social Security Employee | | | -79.36 | -2,519.68 |
| Medicare Employee | | | -18.56 | -589.28 |
| PA - Withholding | | | -39.30 | -1,247.69 |
| PA - Unemployment Employee | | | -0.90 | -28.45 |
|  | | | -258.12 | -7,842.10 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Perdiem | | | 875.00 | 29,875.00 |
| Union Dues | | | | -270.00 |
|  | | | 875.00 | 29,605.00 |

| Net Pay | | | 1,896.88 | 62,402.90 |

INDUSTRIAL PERFORMANCE
1036 WEST FRONTON ST
BROWNSVILLE TX 78520

· Samuel Espino
  4600 Penhurst St.
  Philadelphia, PA 19124

| Employee Pay Stub | Check number: 21082 | | | Pay Period: 10/13/2025 - 10/19/2025 | Pay Date: 10/24/2025 |
|---|---|---|---|---|---|

| Employee | | | | SSN | |
|---|---|---|---|---|---|
| Samuel Espino, 4600 Penhurst St., Philadelphia, PA 19124 | | | | ***-**-9325 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 20.00 | 800.00 | 31,030.00 |
| Overtime Wages | 8:00 | 30.00 | 240.00 | 10,650.00 |
| | 48:00 | | 1,040.00 | 41,680.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -86.00 | -3,543.00 |
| Social Security Employee | -64.48 | -2,584.16 |
| Medicare Employee | -15.08 | -604.36 |
| PA - Withholding | -31.93 | -1,279.62 |
| PA - Unemployment Employee | -0.73 | -29.18 |
| | -198.22 | -8,040.32 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Perdiem | 750.00 | 30,625.00 |
| Union Dues | | -270.00 |
| | 750 00 | 30,355.00 |

| Net Pay | 1,691.78 | 63,994.68 |
|---|---|---|

Powered by Intuit Payroll

INDUSTRIAL PERFORMANCE
1036 WEST FRONTON ST
BROWNSVILLE TX 78520

Samuel Espino
4600 Penhurst St.
Philadelphia, PA 19124

| Employee Pay Stub | | Check number: 21751 | | | Pay Period: 10/20/2025 - 10/26/2025 | Pay Date: 10/31/2025 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Samuel Espino, 4600 Penhurst St., Philadelphia, PA 19124 | | | | | ***-**-9326 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 20.00 | 800.00 | 31,830.00 |
| Overtime Wages | 8:00 | 30.00 | 240.00 | 10,890.00 |
| | 48:00 | | 1,040.00 | 42,720.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -86.00 | -3,629.00 |
| Social Security Employee | | | -64.48 | -2,648.64 |
| Medicare Employee | | | -15.08 | -619.44 |
| PA - Withholding | | | -31.93 | -1,311.55 |
| PA - Unemployment Employee | | | -0.72 | -29.90 |
| | | | -198.21 | -8,238.53 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Perdiem | | | 750.00 | 31,375.00 |
| Union Dues | | | | -270.00 |
| | | | 750.00 | 31,105.00 |

| Net Pay | | | 1,591.79 | 65,586.47 |
|---|---|---|---|---|

INDUSTRIAL PERFORMANCE
1036 WEST FRONTON ST
BROWNSVILLE TX 78520

Samuel Espino
4600 Penhurst St.
Philadelphia, PA 19124

---

| Employee Pay Stub | | Check number: 21920 | | Pay Period: 10/27/2025 – 11/02/2025 | Pay Date: 11/07/2025 |
|---|---|---|---|---|---|

**Employee**

Samuel Espino, 4600 Penhurst St., Philadelphia, PA 19124

**SSN**

***-**-9326

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 20.00 | 800.00 | 32,630.00 |
| Overtime Wages | 8:00 | 30.00 | 240.00 | 11,130.00 |
| | 48:00 | | 1,040.00 | 43,760.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -86.00 | -3,715.00 |
| Social Security Employee | -64.48 | -2,713.12 |
| Medicare Employee | -15.08 | -634.52 |
| PA - Withholding | -31.93 | -1,343.48 |
| PA - Unemployment Employee | -0.73 | -30.63 |
| | -198.22 | -8,436.75 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Perdiem | 750.00 | 32,125.00 |
| Union Dues | | -270.00 |
| | 750.00 | 31,855.00 |

| Net Pay | 1,591.78 | 67,178.25 |
|---|---|---|

INDUSTRIAL PERFORMANCE, 1036 WEST FRONTON ST, BROWNSVILLE TX 78520

Powered by Intuit Payroll

INDUSTRIAL PERFORMANCE
1036 WEST FRONTON ST
BROWNSVILLE TX 78520


Samuel Espino
4600 Penhurst St.
Philadelphia, PA 19124

---

| Employee Pay Stub | | Check number: 22092 | | Pay Period: 11/03/2025 – 11/09/2025 | | Pay Date: 11/14/2025 |
|---|---|---|---|---|---|---|

**Employee**

SSN
***-**-9326

Samuel Espino, 4600 Penhurst St., Philadelphia, PA 19124

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 38:00 | 20.00 | 760.00 | 33,390.00 |
| Overtime Wages | | | | 11,130.00 |
| | 38:00 | | 760.00 | 44,520.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -52.00 | -3,767.00 |
| Social Security Employee | | | -47.12 | -2,760.24 |
| Medicare Employee | | | -11.02 | -645.54 |
| PA - Withholding | | | -23.33 | -1,366.81 |
| PA - Unemployment Employee | | | -0.53 | -31.16 |
| | | | -134.00 | -8,570.75 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Perdiem | | | 625.00 | 32,750.00 |
| Union Dues | | | | -270.00 |
| | | | 625.00 | 32,480.00 |

| Net Pay | | | 1,251.00 | 68,429.25 |
|---|---|---|---|---|

Powered by Intuit Payroll

INDUSTRIAL PERFORMANCE
1036 WEST FRONTON ST
BROWNSVILLE TX 78520

Samuel Espino
4600 Penhurst St.
Philadelphia, PA 19124

| Employee Pay Stub | Check number: 22264 | | | Pay Period: 11/10/2025 - 11/16/2025 | | Pay Date: 11/21/2025 |

**Employee**

Samuel Espino, 4600 Penhurst St., Philadelphia, PA 19124

**SSN**

***-**-9326

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 20.00 | 800.00 | 34,190.00 |
| Overtime Wages | 8:00 | 30.00 | 240.00 | 11,370.00 |
| | 48:00 | | 1,040.00 | 45,560.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -86.00 | -3,853.00 |
| Social Security Employee | | | -64.48 | -2,824.72 |
| Medicare Employee | | | -15.08 | -660.62 |
| PA – Withholding | | | -31.93 | -1,398.74 |
| PA – Unemployment Employee | | | -0.73 | -31.89 |
| | | | -198.22 | -8,768.97 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Perdiem | | | 875.00 | 33,625.00 |
| Union Dues | | | | -270.00 |
| | | | 875.00 | 33,355.00 |

| Net Pay | | | 1,716.78 | 70,146.03 |

Powered by Intuit Payroll

INDUSTRIAL PERFORMANCE
1036 WEST FRONTON ST
BROWNSVILLE TX 78520

Samuel Espino
4600 Penhurst St.
Philadelphia, PA 19124

---

| Employee Pay Stub | Check number: 22458 | | Pay Period: 11/17/2025 - 11/23/2025 | | Pay Date: 11/26/2025 |
|---|---|---|---|---|---|

**Employee**

Samuel Espino, 4600 Penhurst St., Philadelphia, PA 19124

**SSN**

***-**-9326

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 20.00 | 800.00 | 34,990.00 |
| Overtime Wages | 24:00 | 30.00 | 720.00 | 12,090.00 |
| | 64:00 | | 1,520.00 | 47,080.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -173.00 | -4,026.00 |
| Social Security Employee | | | -94.24 | -2,918.96 |
| Medicare Employee | | | -22.04 | -682.66 |
| PA - Withholding | | | -46.66 | -1,445.40 |
| PA - Unemployment Employee | | | -1.07 | -32.96 |
| | | | -337.01 | -9,105.98 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Perdiem | | | 750.00 | 34,375.00 |
| Union Dues | | | -90.00 | -360.00 |
| | | | 660.00 | 34,015.00 |

| Net Pay | | | 1,842.99 | 71,989.02 |
|---|---|---|---|---|

Powered by Intuit Payroll

INDUSTRIAL PERFORMANCE
1036 WEST FRONTON ST
BROWNSVILLE TX 78520

Samuel Espino
4600 Penhurst St.
Philadelphia, PA 19124

| Employee Pay Stub | | Check number: 22813 | | Pay Period: 11/24/2025 - 11/30/2025 | Pay Date: 12/05/2025 |
|---|---|---|---|---|---|

**Employee**

**SSN**

Samuel Espino, 4600 Penhurst St., Philadelphia, PA 19124

***-**-9326

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 18:00 | 20.00 | 360.00 | 35,350.00 |
| Overtime Wages | | | | 12,090.00 |
| | 18:00 | | 360.00 | 47,440.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -7.00 | -4,033.00 |
| Social Security Employee | | | -22.32 | -2,941.28 |
| Medicare Employee | | | -5.22 | -687.88 |
| PA - Withholding | | | -11.05 | -1,456.45 |
| PA - Unemployment Employee | | | -0.25 | -33.21 |
| | | | -45.84 | -9,151.82 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Perdiem | | | 250.00 | 34,625.00 |
| Union Dues | | | | -360.00 |
| | | | 250.00 | 34,265.00 |

| Net Pay | | | 564.16 | 72,553.18 |
|---|---|---|---|---|

Employee
Samuel Espino, 4600 Penhurst St., Philadelphia, PA 19124

***-**-9326

Pay Period: 11/17/2025 - 11/23/2025                                    Pay Date: 11/26/2025

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 20.00 | 800.00 | 34,990.00 |
| Overtime Wages | 24:00 | 30.00 | 720.00 | 12,090.00 |
| | 64:00 | | 1,520.00 | 47,080.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -173.00 | -4,026.00 |
| Social Security Employee | -94.24 | -2,918.96 |
| Medicare Employee | -22.04 | -682.66 |
| PA - Withholding | -46.66 | -1,445.40 |
| PA - Unemployment Employee | -1.07 | -32.96 |
| | -337.01 | -9,105.98 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Perdiem | 750.00 | 34,375.00 |
| Union Dues | -90.00 | -360.00 |
| | 660.00 | 34,015.00 |

| Net Pay | 1,842.99 | 71,989.02 |
|---|---|---|

INDUSTRIAL PERFORMANCE, 1036 WEST FRONTON ST, BROWNSVILLE TX 78520

Powered by **Intuit Payroll**

***-**-9326

Pay Period: 12/01/2025 - 12/31/2025            Pay Date: 12/12/2025

| | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| | 40.00 | | | 6,160.00 |
| | 24.00 | | | 2,480.00 |
| | 64.00 | | | 8,640.00 |

| | | | Current | YTD Amount |
|---|---|---|---|---|
| | | | | 4,296.00 |
| | | | | 1,235.52 |
| | | | | 709.92 |
| | | | | 503.11 |
| | | | | 84.27 |
| | | | | 488.82 |

| | | | Current | YTD Amount |
|---|---|---|---|---|
| | | | | 6,400.00 |
| | | | | 360.00 |
| | | | | 6,040.00 |

| | | | | 5,811.18 |

INDUSTRIAL PERFORMANCE  1036 WEST  ... ST  BROWNSVILLE  TX 78520

Powered by Intuit Payroll

Pay Period: 12/08/2025 - 12/14/2025   Pay Date: 12/19/2025

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 20.00 | 800.00 | 36,950.00 |
| Overtime Wages | 24:00 | 30.00 | 720.00 | 13,530.00 |
| | 64:00 | | 1,520.00 | 50,480.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -173.00 | -4,379.00 |
| Social Security Employee | | | -94.24 | -3,129.76 |
| Medicare Employee | | | -22.04 | -731.96 |
| PA - Withholding | | | -46.66 | -1,549.77 |
| PA - Unemployment Employee | | | -1.07 | -35.34 |
| | | | -337.01 | -9,825.83 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Perdiem | | | 875.00 | 36,375.00 |
| Union Dues | | | 0.00 | -360.00 |
| | | | 875.00 | 36,015.00 |

| Net Pay | | | 2,057.99 | 76,669.17 |

INDUSTRIAL PERFORMANCE, 1036 WEST FRONTON ST, BROWNSVILLE TX 78520

Powered by Intuit Payroll