## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
                                                )
SAMUEL ESPINO GRULLON                           )          Case No. 25-14910-amc
                                                )
                                                )          Chapter 13
            Debtor.                             )

---

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

---

Portfolio Recovery Associates, LLC, by and through its servicing agent, PRA Receivables Management, LLC ("PRA"), by and through its undersigned attorney, as and for its Objection to Confirmation of Chapter 13 Plan of the Debtor, states as follows:

1. The Court has jurisdiction over this objection pursuant to 28 U.S.C. §§ 157(b)(2)(L) and 1334 and 11 U.S.C. §§ 1322 and 1325. This is a core proceeding.

2. On December 2, 2025, Samuel Espino Grullon ("Debtor") commenced the above-captioned bankruptcy case by filing a voluntary petition under Chapter 13 of the Bankruptcy Code.

3. PRA is a secured creditor of the Debtor in the amount of $2,556.54 by virtue of a certain Order of Judgment entered by the Philadelphia Municipal Court, First Judicial District of Pennsylvania, Case No. SC-25-05-27-6731, on or about July 30, 2025 ("Judgment"). The Judgment grants PRA a lien the Debtor's real property located at 4600 Pennhurst St., Philadelphia, PA 19124 ("Property").

4. On February 10, 2026, PRA timely filed its secured Proof of Claim in the amount of $2,556.54, attaching a true and correct copy of the Order of Judgment.

5. The Debtor's Chapter 13 Plan does not provide for payment of PRA's secured claim.

6. According to the Debtor's Schedules, the Property is valued at $195,374.00. Taking into consideration the Pennsylvania Housing Finance Agency secured claims and liens filed in the amount of $150,477.83 (Claim No. 3-1) and $3,239.71 (Claim No. 4-1), and the Debtor's claimed exemption in the amount of $31,575.00, the Debtor has non-exempt equity in

the Property in the amount of $10,081.46. Accordingly, PRA's secured claim of $2,556.54 is fully secured.

7. PRA objects to the Debtor's Chapter 13 Plan because it does not meet the requirements of 11 U.S.C. §§ 1325(a)(1) and (5) and 11 U.S.C. § 506 in that the Plan does not propose to pay PRA's secured claim in full.

WHEREFORE, for the reasons set forth hereinabove, PRA respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Plan unless modified to reflect the proper treatment of its secured claim as detailed above and for such other and further relief as the Court may deem just and proper.

Dated: May 20, 2026

/s/Jacob Zweig
Jacob Zweig, Esq. (PA Attorney ID: 331327)
Evans Petree PC
Attorneys for PRA
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726 Phone
(901) 374-7486 Fax
jzweig@evanspetree.com

## CERTIFICATE OF SERVICE

I, Jacob Zweig, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I filed with the Clerk of the Bankruptcy Court the foregoing Objection to Confirmation on May 20, 2026 and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Samuel Espino Grullon
4600 Pennhurst Street
Philadelphia, PA  19124

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Paul H. Young
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd., Ste 102
Bensalem, PA  19020
support@ymalaw.com
Kenneth E. West
Chapter 13 Trustee
190 N. Independence Mall W, Suite 701
Philadelphia, PA  19106-1554
ecfemails@ph13trustee.com

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
ustpregion03.ph.ecf@usdoj.gov

/s/ Jacob Zweig
Jacob Zweig, Esq. (PA Attorney ID: 331327)
Evans Petree PC
Attorneys for Movant
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726
jzweig@evanspetree.com