**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re   SAMUEL ESPINO GRULLON   :   CHAPTER 13
                                 :
Debtor(s)                        :   BANKRUPTCY NO. 25-14910


**OBJECTION TO ORDER GRANTING RELIEF**


Debtor(s), Samuel Espino Grullon, by their attorney, Paul H. Young, Esquire, hereby objects to the entry of the Order granting Relief on **Pennsylvania Housing Finance Agency** on May 26, 2026.

Respectfully submitted,


/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com


Dated: May 29, 2026